IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ALFRETER LAWTON**                                                                          **PLAINTIFF**

v.                                                                   CAUSE NO. 1:20cv119-LG-JCG

**NEW YORK LIFE
INSURANCE COMPANY
GROUP LONG TERM
DISABILITY PLAN, through
it Plan Administrator Maria
Mauceri, VP, and FIRST
UNUM LIFE INSURANCE
COMPANY**                                                                                **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE** as to all parties with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 10th day of December, 2020.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge